IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS CAMACHO,<br>        *Petitioner* | : | CIVIL ACTION |
| v. | : | |
| BARRY SMITH *et al.*,<br>        *Respondents* | : | No. 20-3599 |

## ORDER

AND NOW, this 15th day of November, 2021, upon careful and independent consideration of Petitioner Marcus Camacho's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response to the Petition (Doc. No. 8), Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 10), and Mr. Camacho's Objection to the Report and Recommendation (Doc. No. 13), and for the reasons given in the accompanying Memorandum, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE